UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TAHER SHRITEH,

   Petitioner,

v.                                          Case No.: 2:25-cv-704-SPC-DNF

NYP HOLDINGS, INC. and
JOSH CHRISTENSON,

   Respondents.

| **Judge:** | Douglas N. Frazier | **Counsel for Plaintiff** | Joel Careaga |
|---|---|---|---|
| **Deputy Clerk:** | Maria DaSilva | **Counsel for Defendant:** | Chelsea T. Kelly, Laura R. Handman, Scott D. Ponce |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | December 3, 2025 10:00 AM | **Total Time** | 10:01 AM – 10:04 AM – 3 minutes |

**Clerk's Minutes – Zoom Rule 16(b) Conf**

Counsel appears. The Court discussed case management, scheduling deadlines, and related issues.

Scheduling Order will be issued.